## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PEGGY AMBLER, AN ADULT INDIVIDUAL, AND JOHN AMBLER, AN ADULT INDIVIDUAL,

                    Petitioners

        v.

BOARD OF SCHOOL DIRECTORS OF THE HATBORO-HORSHAM SCHOOL DISTRICT, AND HATBORO-HORSHAM SCHOOL DISTRICT, A POLITICAL SUBDIVISION,

                    Respondents

: No. 93 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.